ADDENDUM TO DOCKETING STATEMENT
*John Doe v. Sara Smith* 24-1553

In its Order on Motion to Unseal ("Order"), the District Court noted that:

"[i]n 2022, the First Circuit joined its sister circuits in ruling that a district court order denying a motion to proceed by pseudonym is immediately appealable under the collateral order doctrine. *Doe v. Mass. Inst. of Tech*., 46 F.4th 61, 66-67 (1st Cir. 2022). If the *Doe* holding extends beyond pseudonyms to docket entries, [Appellant] would have a right to appeal this order."

*See* ECF No. 71, at 29.  Appellant agrees and submits that he has a right to immediately appeal the Order under the collateral order doctrine.  As this Court noted in *Siedle v. Putnam Investments, Inc.,* "[u]nsealing orders usually warrant immediate review under the collateral order doctrine." 147 F.3d 7, 9 (1st Cir. 1998).   And the three conditions of the collateral order doctrine are satisfied here. First, the Order "conclusively determines the disputed question" of whether to unseal certain information contained in the case filings.  *See Will v. Hallock*, 546 U.S. 345, 349 (2006). Second, the Order "resolves an important issue completely separate from the merits of the litigation" – whether certain information that Appellant submits is uniquely private and protected from disclosure under an NDA should be unsealed. *See id*. Third, the Order is "effectively unreviewable on appeal from a final judgment," as the unsealing would render any post-judgment appeal moot. *See id*.