# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |  |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | C.C.A. # 24-1553 |
| | ) | |
| SARA SMITH, | ) | |
| | ) | |
|    Defendant, | ) | |
| | ) | |
| MAINE TRUST FOR LOCAL | ) | |
|    NEWS, L3C, | ) | |
| | ) | |
|    Intervenor. | ) | |

## STIPULATED DISMISSAL

Upon agreement of the parties, pursuant to Fed. R. App. P. 42(b)(1), Plaintiff John Doe hereby voluntarily dismisses with prejudice his limited appeal from the District of Maine's Order on Motion to Unseal (ECF No. 73). Court costs and fees related to the docketing of Plaintiff's appeal are taxed to Plaintiff.

Dated this 10th day of September, 2024.

SEEN AND AGREED:

By: /s/ *Louise M. Aponte*
Gregory Brown
Louise M. Aponte
LOWE YEAGER & BROWN PLLC
920 Volunteer Landing, Suite 200

1

Knoxville, Tennessee 37915
Phone: (865) 521-6527
Fax: (865) 637-0540
gb@lyblaw.net
lma@lyblaw.net

*Attorneys for Plaintiff*


By: */s/ Daniel A. Nuzzi (by LMA w/consent)*
Daniel A. Nuzzi
Peter J. Brann
Stacy O. Stitham
Hannah Wurgaft
BRANN & ISAACSON
113 Lisbon Street
P.O. Box 3070
Lewiston, ME 04243-3070
Phone: (207) 786-3566
dnuzzi@brannlaw.com
pbrann@brannlaw.com
sstitham@brannlaw.com
hwurgaft@brannlaw.com

*Attorneys for Defendant*


By: */s/ Alexandra A. Harriman (by LMA w/consent)*
Sigmund D. Schutz
Alexandra A. Harriman
PretiFlaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Phone: (207) 791-3247
sschutz@preti.com
aharriman@preti.com

- And -

Eugene Volokh
Professor of Law
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
Phone: (310) 206-3926

volokh@law.ucla.edu

*Attorneys for Maine Trust for Local News*